IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAFAEL LOPEZ,

        Plaintiff,                        CV F 02 5823 LJO WMW P

       vs.

C/O BURCH, et al.,                     <u>ORDER REQUIRING STATUS REPORTS</u>

        Defendants.

       Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

       On March 16, 2007, an order was entered, vacating the findings and recommendations and directing the parties to file a status report. On March 22, 2007, Plaintiff filed a notice of change of address. The court will therefore re-serve the March 16, 2007, order upon Plaintiff and will further order the following.

       Plaintiff and defendant shall therefoe each submit to the court and serve by mail on all other parties the following status report:

       1. Whether this matter is ready for trial and, if not, why not;

       2. Whether additional discovery is deemed necessary. If further discovery is deemed necessary, the party desiring it shall state the nature and scope of the discovery and provide an estimate

1

of the time needed in which to complete it;

3. Whether a pretrial motion is contemplated. If any such motion is contemplated, the party intending to file it shall describe the type of motion and shall state the time needed both to file the motion and to complete the time schedule set forth in Local Rule 78-230(m);

4. A narrative statement of the facts that will be offered by oral or documentary evidence at trial;

5. A list of all exhibits to be offered into evidence at the trial of the case;

6. A list of the names and addresses of all witnesses the party intends to call;

7. A summary of the anticipated testimony of any witnesses who are presently incarcerated;

8. The time estimated for trial;

9. Whether either party still requests trial by jury; and

10. Any other matter, not covered above, which the party desires to call to the attention of the court.

The parties are informed that they may, if all consent, have this case tried by a United States Magistrate Judge while preserving their right to appeal to the Circuit Court of Appeal. An appropriate form for consent to trial by a magistrate judge is attached. Any party choosing to consent may complete the form and return it to the clerk of this court. Neither the magistrate judge nor the district judge handling the case will be notified of the filing of a consent form unless all parties to the action have consented.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall serve a copy of the March 16, 2007, order upon Plaintiff at his address of record.

2. Plaintiff's status report shall be filed within thirty days from the date of service of this order. Defendants' status report shall be filed within thirty days thereafter. The parties are advised that

failure to file a status report in accordance with this order may result in the imposition of sanctions, including dismissal of the action and preclusion of issues or witnesses.

      3. The clerk of the court is directed to mail to all parties the form, "Consent to Proceed Before United States Magistrate Judge," together with the instant order.

IT IS SO ORDERED.

**Dated:    May 25, 2007**                              /s/  William M. Wunderlich
                                                                     UNITED STATES MAGISTRATE JUDGE